RICHARD A. ERGO (#110487)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rergo@bowlesverna.com
wnagle@bowlesverna.com

Attorneys for Defendants
JLG Industries, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY | Case No. 2:19-cv-00686-MCE-KJN |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| JLG INDUSTRIES, INC., | |
| Defendants. | |

Based upon Stipulation of Counsel and for good cause shown, the Court orders the Scheduling Order as follows:

Deadline for motions to add parties: **04/15/2020**

Deadline for motions to amend pleadings: **05/15/2020**

Deadline for *completion* of non-expert discovery: **09/15/2020**

Expert witnesses disclosed by: a) Plaintiff and Defendant: **10/01/2020**

Expert witnesses disclosed by: b) Rebuttals: **12/16/2020**

Deadline for *completion* of expert discovery: **02/12/2021**

Dispositive motions deadline: **04/30/2021**

Dispositive motions opposition deadline: 20 days after motions filed

Dispositive motions reply deadline: 10 days after oppositions filed

Dispositive motions hearing date: **June 24, 2021, at 2:00 p.m. in courtroom 7**

The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated: March 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

2
ORDER SCHEDULING ORDER – Case No. 2:19-cv-00686-MCE-KJN