RICHARD A. ERGO (#110487)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email:    rergo@bowlesverna.com
          wnagle@bowlesverna.com

Attorneys for Defendants
JLG Industries, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY, | Case No. 2:19-cv-00686-MCE-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| JLG INDUSTRIES, INC., et al. | |
| Defendants. | |

Based upon Stipulation of Counsel and for good cause shown, the Court orders the Scheduling Order as follows:

Deadline for motions to add parties: **08/18/20**

Deadline for motions to amend pleadings: **09/15/20**

Deadline for *completion* of non-expert discovery: **01/12/21**

Expert witnesses disclosed by: a) Plaintiff and Defendant: **2/04/21**

Expert witnesses disclosed by: b) Rebuttals: **3/12/2021**

Deadline for *completion* of expert discovery: **04/12/21**

Dispositive motions deadline: **05/31/21**

Dispositive motions opposition deadline: 20 days after motions filed

1  Dispositive motions reply deadline: 10 days after oppositions filed

2  Dispositive motions hearing date:  TBD according to the Court's schedule.

3  **IT IS SO ORDERED.**

4  **Dated:  April 28, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
**Zenith Insurance Company v. JLG Industries, Inc., et al.**
**United States District Court, Eastern District of California, Case No. 2:19-cv-00686-MCE-KJN**

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and not a party to the within action. I am an employee of Bowles & Verna, and my business address is 2121 North California Blvd., Suite 875, Walnut Creek, California 94696.

On April 28, 2020, I caused to be served the following document(s):

**[PROPOSED] ORDER**

on the parties involved addressed as follows:

**Counsel for Plaintiff**
Jeffrey J. Williams
Chernow and Lieb
21255 Califa Street
Woodland Hills, CA 91367
Tel: (818) 592-3841
Fax: (818) 227-3112
Email: **jwilliams2@thezenith.com**

_____  **BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

_____  **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

_____  **BY PERSONAL SERVICE:** I caused to be served each document listed above **by hand** to each addressee above. Delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

_____  **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

**X**  **BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM:** In accordance with the electronic filing procedures of this Court, service has been effected on the aforementioned party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through CM/ECF system. My email address is **lmorse@bowlesverna.com.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 28, 2020, at Walnut Creek, California.

_____
LONI MORSE