RICHARD A. ERGO (#110487)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email:    rergo@bowlesverna.com
          wnagle@bowlesverna.com

Attorneys for Defendants
JLG Industries, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JLG INDUSTRIES, INC., et al.<br><br>    Defendants. | Case No. 2:19-cv-00686-MCE-KJN<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

Based upon Stipulation of Counsel and for good cause shown, the Court orders a modification of the Scheduling Order as follows:

Deadline for motions to add parties: **10/30/20**

Deadline for motions to amend pleadings **11/16/20**

Deadline for *completion* of non-expert discovery: **04/23/21**

Expert witnesses disclosed by: a) Plaintiff and Defendant: **5/04/21**

Expert witnesses disclosed by: b) Rebuttals: **6/18/2021**

Deadline for *completion* of expert discovery: **8/31/21**

Dispositive motions deadline: **11/6/21**

Dispositive motions opposition deadline: 20 days after motions filed.

Dispositive motions reply deadline: 10 days after oppositions filed.

Dispositive motions hearing date: TBD according to the Court's schedule.

**IT IS SO ORDERED.**

Dated: October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE