RICHARD A. ERGO (#110487)
WILLIAM T. NAGLE (#180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371

Attorneys for Defendants
JLG Industries, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JLG INDUSTRIES, INC., et al.<br><br>    Defendants. | Case No. 2:19-cv-00686-MCE-KJN<br><br>**ORDER** |

The Court having reviewed Defendant JLG Industries, Inc.'s Motion for Leave to File a Third-Party Complaint (ECF No. 35) against Ford Power Products, LLC and Pitt Auto Electric Company, as well as Plaintiff Zenith Insurance Company's Statement of Non-Opposition thereto (ECF No. 38) and good cause appearing,

The unopposed Motion for Leave (ECF NO. 35) is hereby GRANTED.  Defendant JLG Industries, Inc. may file the proposed Third-Party Complaint Against Ford Power Products, LLC and Pitt Auto Electric Company not later than ten days after the date this Order is electronically filed.

**IT IS SO ORDERED.**

Dated:  November 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE