Daniel S. Rodman, SBN 156156
drodman@swlaw.com
Katharine H. Adams, SBN 291445
kadams@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone:    (714) 427-7000

Attorneys for Third-Party Defendant
FORD COMPONENT SALES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO OFFICE

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JLG INDUSTRIES, INC.,<br><br>Defendant, and Third-Party Plaintiff,<br><br>v.<br><br>FORD POWER PRODUCTS, LLC, PITT AUTO ELECTRIC COMPANY, AND FORD COMPONENT SALES, LLC,<br><br>Third-Party Defendants. | Case No. 2:19-cv-00686-MCE-KJN<br><br>Judge Morris C. England, Jr.<br><br>**STIPULATION FOR EXTENDING TIME FOR FORD COMPONENT SALES, LLC TO RESPOND TO AMENDED THIRD-PARTY COMPLAINT FOR NO MORE THAN 28 DAYS; ORDER THEREON**<br><br>Complaint Served: February 1, 2021<br>Response Deadline: February 22, 2021<br>New Response Deadline: March 22, 2021 |

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff, JLG Industries, Inc. ("JLG") and Third-Party Defendant Ford Component Sales, LLC (hereafter "Ford Component Sales") (collectively, the "Parties"), by and through their respective counsel, that:

JLG filed its Amended Third-Party Complaint in this Court on January 27, 2021 and served Ford Component Sales on February 1, 2021.

Ford Component Sales' deadline to respond to JLG's Complaint is February 22, 2021.

Counsel for JLG and Ford Component Sales have met and conferred regarding Ford Component Sales' deadline to respond to JLG's Complaint, and the Parties have agreed to extend this deadline an additional 14 days.

THEREFORE, pursuant to L.R. 143 and 144, the Parties hereby stipulate to extend the time for Ford Component Sales to respond to JLG's Complaint as follows:

1. The deadline for Ford Component Sales to answer, object, or otherwise respond to JLG Industries Inc.'s Amended Third-Party Complaint shall be extended 14 days from February 22, 2021 to March 8, 2021.

**IT IS SO STIPULATED.**

Dated: February 17, 2021      SNELL & WILMER L.L.P.

By: /s/ Katharine H. Adams
  Daniel S. Rodman
  Katharine H. Adams
  Attorneys for Third-Party Defendant
  FORD COMPONENT SALES, LLC

Dated: February 17, 2021      McCOY LEAVITT LASKEY LLC
                              BOWLES AND VERNA

By: /s/ William T. Nagle
  H. Brook Laskey (Admitted Pro Hac Vice)
  Kevin J. Vanville (Admitted Pro Hac Vice)
  William T. Nagle
  Attorneys for Third-Party Plaintiff
  JLG INDUSTRIES, INC.

IT IS SO ORDERED.

Dated: February 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE