UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY, | Case No. 2:19-cv-00686-MCE-KJN |
| Plaintiff, | Judge Morrison C. England, Jr. |
| v. | **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER** |
| JLG INDUSTRIES, INC., | |
| Defendant, and Third-Party Plaintiff, | |
| v. | |
| FORD POWER PRODUCTS, LLC, PITT AUTO ELECTRIC COMPANY, AND FORD COMPONENT SALES, LLC, | |
| Third-Party Defendants. | |

Based upon the Joint Stipulation of Counsel and for good cause shown, the Court orders the following dates in the Scheduling Order to be extended as follows:

/ / /

/ / /

/ / /

/ / /

| **EVENT** | **EXISTING DATE** | **NEW DATE** |
|---|---|---|
| Deadline for completion of non-expert discovery | 4/23/21 | 1/24/22 |
| Expert witnesses disclosed by a) Plaintiff and Defendant | 5/4/21 | 2/4/22 |
| Expert witness disclosed by: b) Rebuttals | 6/18/21 | 3/18/22 |
| Deadline for completion of expert discovery | 8/31/21 | 5/31/22 |
| Dispositive motion deadline | 11/6/21 | 8/8/22 |

IT IS SO ORDERED.

Dated: March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE