RICHARD A. ERGO (SBN: 110487)
WILLIAM T. NAGLE (SBN: 180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Ste. 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
rergo@bowlesverna.com
wnagle@bowlesverna.com

H. BROOK LASKEY *Pro Hac Vice* (NM SBN: 8992)
KEVIN J. BANVILLE *Pro Hac Vice* (NM SBN 130283)
McCoy LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

*Attorneys for Defendant/Third-Party Plaintiff JLG Industries, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JLG INDUSTRIES, INC.,<br><br>　　　　　Defendant. | CASE NO.: 2:19-cv-00686-MCE-KJN<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER** |

Based upon the Joint Stipulation of Counsel and for good cause shown, the Court orders the following dates in the Scheduling Order to be extended as follows:

| **EVENT** | **EXISTING DATE** | **NEW DATE** |
|---|---|---|
| Completion of Non-Expert Discovery | 1/24/2022 | 3/25/2022 |
| Expert Witnesses | 2/4/2022 | 4/4/2022 |
| Rebuttal Witnesses | 3/18/2022 | 5/18/2022 |

| | | |
|---|---|---|
| Completion of Expert Discovery | 5/31/2022 | 7/29/2022 |
| Dispositive Motions | 8/8/2022 | 10/7/2022 |

IT IS SO ORDERED.

Dated: January 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE