RICHARD A. ERGO (SBN: 110487)
WILLIAM T. NAGLE (SBN: 180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Ste. 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
rergo@bowlesverna.com
wnagle@bowlesverna.com

H. BROOK LASKEY *Pro Hac Vice* (NM SBN: 8992)
KEVIN J. BANVILLE *Pro Hac Vice* (NM SBN 130283)
McCoy LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

*Attorneys for Defendant/Third-Party Plaintiff JLG Industries, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| ZENITH INSURANCE COMPANY, | ) CASE NO.: 2:19-cv-00686-MCE-KJN |
|---|---|
| Plaintiff, | ) **ORDER GRANTING FIFTH STIPULATED MOTION TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER** |
| v. | ) |
| JLG INDUSTRIES, INC., | ) |
| Defendant. | ) |

Based upon the Joint Stipulation of Counsel and for good cause shown, the Court orders the following dates in the Scheduling Order to be extended as follows:

| **EVENT** | **EXISTING DATE** | **NEW DATE** |
|---|---|---|
| Completion of Non-Expert Discovery | 3/25/22 | 4/25/22 |
| Expert Witnesses | 4/4/22 | 5/4/22 |
| Rebuttal Witnesses | 5/18/22 | 6/18/22 |

| | | |
|---|---|---|
| Completion of Expert Discovery | 7/29/22 | 8/29/22 |
| Dispositive Motions | 10/7/22 | 11/7/22 |

IT IS SO ORDERED.

Dated:  March 22, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING FIFTH STIPULATED MOTION TO EXTEND
THE DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER**