RICHARD A. ERGO (SBN: 110487)
WILLIAM T. NAGLE (SBN: 180162)
BOWLES & VERNA LLP
2121 N. California Blvd., Ste. 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
rergo@bowlesverna.com
wnagle@bowlesverna.com

H. BROOK LASKEY *Pro Hac Vice* (NM SBN: 8992)
KEVIN J. BANVILLE *Pro Hac Vice* (NM SBN 130283)
McCOY LEAVITT LASKEY LLC
317 Commercial St. NE, Suite 200
Albuquerque, NM 87102
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

*Attorneys for Defendant/Third-Party Plaintiff JLG Industries, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>JLG INDUSTRIES, INC.,<br><br>               Defendant. | CASE NO.: 2:19-cv-00686-MCE-KJN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>JUDGE: HON. MORRISON C. ENGLAND |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause comes before the Court pursuant to the parties' stipulation to dismiss with prejudice this entire action, including all claims, all third-party claims, and all cross-claims consistent with Federal Rules of Civil Procedure 41(a)(1)(A)(ii)

and 41(c), with each party to bear its own costs, expenses, expert fees, and attorneys' fees. ECF No. [72].

Accordingly, the Court being desirous of removing this matter from its docket, IT IS HEREBY ORDERED THAT this case is hereby DISMISSED with prejudice as to all parties. Each party shall bear its own costs, expenses, expert fees, and attorneys' fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: August 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE